# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
NOV 06 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America <br> vs. <br> Jose Carlos Flores-Rodriguez | Case No. 1:12-CR-00310-AWI-BAM-3 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jose Carlos Flores-Rodriguez, have discussed with ____Dan Stark____, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the condition of release placing the defendant on the location monitoring program.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10-28-2013       _____  10/28/2013
Signature of Defendant   Date             Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    11/5/2013
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    11/5/13
Signature of Defense Counsel             Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on
[ ] The above modification of conditions of release is *not* ordered.

_____                    11/6/13
Signature of Judicial Officer            Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services