# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
NOV 10 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:12-CR-00310-AWI-BAM-3
Jose Carlos Flores-Rodriguez )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Jose Carlos Flores-Rodriguez__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

To add a condition of release as follows: Defendant shall participate in a program of mental health treatment as approved by the pretrial services officer. Defendant shall pay all or part of the costs of the counseling services based upon ability to pay, as determined by the pretrial services officer

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9-29-2015    _____  09/29/2015
Signature of Defendant   Date         Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                      10/5/2015
Signature of Assistant United States Attorney                 Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                      11/9/15
Signature of Defense Counsel                                  Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __11/10/15__.
☐ The above modification of conditions of release is *not* ordered.

_____                                      11/10/15
Signature of Judicial Officer                                 Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services